**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1: | Jarquinn Laveryan Green–Kilgore | Social Security number or ITIN: | xxx–xx–0640 |
| | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: | Jenna Nicole Green–Kilgore | Social Security number or ITIN: | xxx–xx–6349 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN: _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court:   District of Minnesota

Date case filed for chapter:   7   10/8/24

Case number:   24–32618 – MER

| You can receive court notices and orders by **email** instead of U.S. Mail via these **two options:** | For creditors: Register for Electronic Bankruptcy Noticing at **ebn.uscourts.gov**. | For debtors: Register for Debtor Electronic Bankruptcy Noticing (DeBN) at **www.mnb.uscourts.gov/debn** | DeBN |
|---|---|---|---|

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jarquinn Laveryan Green–Kilgore | Jenna Nicole Green–Kilgore |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2070 9th Ave E<br>North St Paul, MN 55109–7213 | 2070 9th Ave E<br>North St Paul, MN 55109–7213 |
| 4. | **Debtor's attorney**<br>Name and address | Andrew C. Walker<br>Walker & Walker Law Offices PLLC<br>4356 Nicollet Ave S<br>Minneapolis, MN 55409 | Contact phone: 612–824–4357<br>Email: curtwalkerbky@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Patti J. Sullivan<br>1595 Selby Ave Ste 205<br>St Paul, MN 55104 | Contact phone: 651–699–4825<br>Email: patti@pattisullivan.com |

**For more information, see page 2 >**

Debtor  **Jarquinn Laveryan Green–Kilgore**  and  **Jenna Nicole Green–Kilgore**                  Case number **24–32618**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 200 Warren E. Burger Federal Building and U.S. Courthouse<br>316 N Robert St<br>St Paul, MN 55101 | Hours open: Monday – Friday 8:00AM to 4:30PM<br>Contact phone: 651–848–1000<br>Web address: www.mnb.uscourts.gov<br><br>Date: 10/9/24 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 4, 2024 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**For additional meeting information, go to https://www.justice.gov/ust/moc** | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 913 499 6366, and Passcode 4495441181, or call 1–612–887–6152** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | **Filing deadline: 1/3/25**<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| | | **Certificate of Completion of Financial Management Course due:**<br>Credit Counseling and Debtor Education Information can be found at<br>http://www.usdoj.gov/ust/eo/bapcpa/ccde/index.htm | **Filing deadline: 1/3/25** |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

District of Minnesota

In re:                                                                                    Case No. 24-32618-MER

Jarquinn Laveryan Green-Kilgore                                                           Chapter 7

Jenna Nicole Green-Kilgore

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0864-3                   User: admin                    Page 1 of 2

Date Rcvd: Oct 09, 2024              Form ID: 309A                 Total Noticed: 18

The following symbols are used throughout this certificate:

**Symbol**          **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Jarquinn Laveryan Green-Kilgore, Jenna Nicole Green-Kilgore, 2070 9th Ave E, North St Paul, MN 55109-7213 |
| 63255331 | + | Areanna Evans, 2655 Thomas Ave N, Minneapolis, MN 55411-1748 |
| 63255333 | | Cedarview Commons, 2376 Ariel St N, Saint Paul, MN 55109-2209 |
| 63255334 | + | Collection Bureau of Little Falls, Inc, 120 1st St SE #2, Little Falls, MN 56345-3002 |
| 63255337 | + | Randy's Sanitation, 4351 US-12, Delano, MN 55328 |
| 63255338 | + | Sprint, Bankruptcy Team, Po Box 53410, Bellevue, WA 98015-3410 |
| 63255342 | | Yazmin Blair, 160 Kellogg Blvd E, Saint Paul, MN 55101-1420 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: curtwalkerbky@gmail.com | Oct 09 2024 21:12:00 | Andrew C. Walker, Walker & Walker Law Offices PLLC, 4356 Nicollet Ave S, Minneapolis, MN 55409 |
| tr | + | EDI: BPJSULLIVAN.COM | Oct 10 2024 01:08:00 | Patti J. Sullivan, 1595 Selby Ave Ste 205, St Paul, MN 55104-4528 |
| smg | + | EDI: MINNDEPREV.COM | Oct 10 2024 01:08:00 | Minnesota Department of Revenue, Bankruptcy Section, PO BOX 64447, St Paul, MN 55164-0447 |
| smg | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Oct 09 2024 21:13:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| ust | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Oct 09 2024 21:13:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 63255335 | + | EDI: AMINFOFP.COM | Oct 10 2024 01:08:00 | FST Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 63255336 | | EDI: JEFFERSONCAP.COM | Oct 10 2024 01:08:00 | Jefferson Capital Systems, Attn: Bankruptcy, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 63255332 | | Email/Text: bk@carhop.com | Oct 09 2024 21:12:00 | Carhop Finance, 5900 Green Oak Drive Suite 101/Carhop Fi, Minnetonka, MN 55343 |
| 63255339 | | Email/Text: bk@carhop.com | Oct 09 2024 21:12:00 | UAC/Carhop, Po Box 398104, Minneapolis, MN 55439-8104 |
| 63255340 | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Oct 09 2024 21:13:00 | United States Trustee, 300 S 4th St Ste 1015, Minneapolis, MN 55415-3070 |
| 63255341 | | Email/Text: curtwalkerbky@gmail.com | Oct 09 2024 21:13:00 | Walker & Walker Law Offices, 4356 Nicollet Ave, Minneapolis, MN 55409-2033 |

TOTAL: 11

# BYPASSED RECIPIENTS

| District/off: 0864-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: 309A | Total Noticed: 18 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | *+ | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024                 Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew C. Walker | on behalf of Debtor 1 Jarquinn Laveryan Green-Kilgore curtwalkerbky@gmail.com WalkerWalkerLawOfficesPLLC@jubileebk.net |
| Andrew C. Walker | on behalf of Debtor 2 Jenna Nicole Green-Kilgore curtwalkerbky@gmail.com  WalkerWalkerLawOfficesPLLC@jubileebk.net |
| Patti J. Sullivan | patti@pattisullivan.com  mn11@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4