**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:                                                        Case No: 24−32618−MER

Jarquinn Laveryan Green−Kilgore,                              Chapter 7
Jenna Nicole Green−Kilgore,

Debtor(s).

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 103A), the court orders that:

The debtor(s) must pay the filing fee according to the following terms:

| | You must pay... | On or before this date... |
|---|---|---|
| | $ | |
| | $ 113.00 | 11/08/2024 |
| | $ 113.00 | 12/06/2024 |
| + | $ 112.00 | 01/08/2025 |
| Total | $ 338.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case. If the debtor(s) is unable to make payment in accordance with the above terms, the debtor(s) must request a hearing *before* any installment is due by contacting the judge's courtroom deputy. Failure to make any payment when it is due and failure to request a hearing regarding a missed payment before it is due will result in the bankruptcy case being immediately dismissed.

Dated: 10/9/24                                Michael E Ridgway
                                              United States Bankruptcy Judge

**mnb103a** 4/24

United States Bankruptcy Court

District of Minnesota

In re:                                                                                          Case No. 24-32618-MER

Jarquinn Laveryan Green-Kilgore                                                  Chapter 7

Jenna Nicole Green-Kilgore

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0864-3                                     User: admin                                   Page 1 of 1

Date Rcvd: Oct 09, 2024                         Form ID: mnb103a                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| **Recip ID** | **Recipient Name and Address** |
| --- | --- |
| db/jdb | Jarquinn Laveryan Green-Kilgore, Jenna Nicole Green-Kilgore, 2070 9th Ave E, North St Paul, MN 55109-7213 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024                                  Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Andrew C. Walker | on behalf of Debtor 1 Jarquinn Laveryan Green-Kilgore curtwalkerbky@gmail.com WalkerWalkerLawOfficesPLLC@jubileebk.net |
| Andrew C. Walker | on behalf of Debtor 2 Jenna Nicole Green-Kilgore curtwalkerbky@gmail.com  WalkerWalkerLawOfficesPLLC@jubileebk.net |
| Patti J. Sullivan | patti@pattisullivan.com  mn11@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4