**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:                                                                          Case No: 24−32618−MER

Jarquinn Laveryan Green−Kilgore,                                                 Chapter 7
Jenna Nicole Green−Kilgore,

Debtor(s).

---

### ORDER DISMISSING CASE FOR FAILURE TO PAY FILING FEE

---

On 10/09/2024, the court entered an order approving debtor(s) application to pay the filing fee in installments and directing the debtor(s) to contact the court to request a hearing before missing an approved installment payment. As of the date of this order, the debtor(s) has failed to make an installment payment when it was due and did not timely request a hearing. Based on the record before the court,

**IT IS ORDERED:**

1. The case is dismissed under Fed. R. Bankr. P. 1017(b).

2. The clerk must provide notice of this order to the debtor(s), the attorney for the debtor(s), the trustee, and the United States Trustee.

Dated: 12/11/24                                  Michael E Ridgway
                                                 United States Bankruptcy Judge

**mnbodsmg** 12/24

United States Bankruptcy Court

District of Minnesota

In re:                                                                    Case No. 24-32618-MER

Jarquinn Laveryan Green-Kilgore                                           Chapter 7

Jenna Nicole Green-Kilgore
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0864-3                    User: admin                       Page 1 of 2

Date Rcvd: Dec 11, 2024                 Form ID: mnbodsmg                  Total Noticed: 15

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jarquinn Laveryan Green-Kilgore, Jenna Nicole Green-Kilgore, 2655 Thomas Ave N., Minneapolis, MN 55411-1748 |
| 63255331 | + | Areanna Evans, 2655 Thomas Ave N, Minneapolis, MN 55411-1748 |
| 63255333 | | Cedarview Commons, 2376 Ariel St N, Saint Paul, MN 55109-2209 |
| 63255334 | + | Collection Bureau of Little Falls, Inc, 120 1st St SE #2, Little Falls, MN 56345-3002 |
| 63255337 | + | Randy's Sanitation, 4351 US-12, Delano, MN 55328 |
| 63255338 | + | Sprint, Bankruptcy Team, Po Box 53410, Bellevue, WA 98015-3410 |
| 63255339 | ++ | UNIVERSAL ACCEPTANCE CORP, PO BOX 398104, EDINA MN 55439-8104 address filed with court:, UAC/Carhop, Po Box 398104, Minneapolis, MN 55439-8104 |
| 63255332 | ++ | UNIVERSAL ACCEPTANCE CORP, PO BOX 398104, EDINA MN 55439-8104 address filed with court:, Carhop Finance, 5900 Green Oak Drive Suite 101/Carhop Fi, Minnetonka, MN 55343 |
| 63255342 | | Yazmin Blair, 160 Kellogg Blvd E, Saint Paul, MN 55101-1420 |

TOTAL: 9


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 63255335 | + | EDI: AMINFOFP.COM | Dec 12 2024 02:09:00 | FST Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 63274016 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Dec 11 2024 21:11:00 | Hunter Warfield, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 63255336 | | EDI: JEFFERSONCAP.COM | Dec 12 2024 02:09:00 | Jefferson Capital Systems, Attn: Bankruptcy, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 63255340 | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Dec 11 2024 21:11:00 | United States Trustee, 300 S 4th St Ste 1015, Minneapolis, MN 55415-3070 |
| 63255341 | | Email/Text: curtwalkerbky@gmail.com | Dec 11 2024 21:11:00 | Walker & Walker Law Offices, 4356 Nicollet Ave, Minneapolis, MN 55409-2033 |
| 63274065 | ^ | MEBN | Dec 11 2024 21:10:32 | Waypoint Resource Group, PO Box 8588, Round Rock, TX 78683-8588 |

TOTAL: 6


# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE


# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0864-3        User: admin        Page 2 of 2

Date Rcvd: Dec 11, 2024        Form ID: mnbodsmg        Total Noticed: 15

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2024        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew C. Walker | on behalf of Debtor 1 Jarquinn Laveryan Green-Kilgore curtwalkerbky@gmail.com WalkerWalkerLawOfficesPLLC@jubileebk.net |
| Andrew C. Walker | on behalf of Debtor 2 Jenna Nicole Green-Kilgore curtwalkerbky@gmail.com  WalkerWalkerLawOfficesPLLC@jubileebk.net |
| Patti J. Sullivan | patti@pattisullivan.com  mn11@ecfcbis.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4